UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE EMPLOYEE PAINTERS' TRUST, et al, <br><br> Plaintiffs, <br><br> v. <br><br> ETHAN ENTERPRISES, INC., a Washington corporation; REBECCA S. JOHNSON, individually, and GREGORY S. TIFT, individually, <br><br> Defendants. | CASE NO. C07-1707RSM <br><br> ORDER ON MOTION FOR SANCTIONS |

This matter is now before the Court for consideration of defendants' motion for sanctions. Dkt. # 5. Defendants ask for sanctions against opposing counsel pursuant to Rule 11 of the Federal Rules of Civil Procedure, apparently for adding $362.00 in attorneys' fees and costs to the judgment for which garnishment is sought in this matter. *See*, Dkt. # 1-3. Defendants also contend that the garnishment action against the Ethan Gregory corporation, a corporation with no assets, itself constitutes an abuse of process.

Defendants have failed to comply with the "safe harbor" requirement of Rule 11 that a motion for sanctions be served upon opposing counsel twenty-one days before it is filed. F.R.Civ.Proc. 11(c)(1)(A).

ORDER ON MOTION FOR SANCTIONS - 1

1  Defendants' motion, which was filed in this Court on October 22, 2007, indicates on its face that it was
2  mailed to opposing counsel on October 19, 2007.   The motion for sanctions is accordingly DENIED.
3        Plaintiffs are requested to advise the Court, within two weeks of the date of this Order, whether
4  this supplemental proceeding may now be closed.

6        DATED this 7th day of November 2007.

                                              RICARDO S. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

28  ORDER ON MOTION FOR SANCTIONS - 2